# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| *In re:* <br><br> Roman Catholic Archbishop of Baltimore, <br><br>                                      Debtor. | Chapter 11 <br><br> Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, et al. <br>                                   *Plaintiffs* <br><br> v. <br><br> American Casualty Company of Reading, Pennsylvania, et al. <br>                                      *Defendants.* | Adv. Pro. No. 24-072 <br><br> **MOVING INSURERS' MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT** |

| | |
|---|---|
| James P. Ruggeri (Fed. Bar No. 21926) <br> **RUGGERI PARKS WEINBERG LLP** <br> 1875 K Street NW, Suite 600 <br> Washington, DC 20006 <br> Telephone: 202-984-1400 <br> jruggeri@ruggerilaw.com <br><br> -and- <br><br> Philip D. Anker (*pro hac vice* forthcoming) <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> philip.anker@wilmerhale.com <br><br> *Counsel to Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Twin City Fire Insurance Company* | David K. Roberts (D. Md. Bar No. 18776) <br> **O'MELVENY & MYERS LLP** <br> 1625 Eye Street NW <br> Washington, DC 20006 <br> droberts2@omm.com <br><br> -and- <br><br> Tancred Schiavoni (admitted *pro hoc vice*) <br> **O'MELVENY & MYERS LLP** <br> Times Square Tower, 7 Times Square <br> New York, NY 10036 <br> Telephone: 212-326-2000 <br> tschiavoni@omm.com <br><br> *Counsel to Federal Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, and Westchester Fire Insurance Company* |

**MOVING INSURERS' MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 7008 and 7012(b), incorporating the Federal Rules of Civil Procedure 8(a) and 12(b), Defendants Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Twin City Fire Insurance Company, Federal Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Westchester Fire Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, American Casualty Company of Reading, Pennsylvania, United States Fire Insurance Company, Travelers Casualty and Surety Company, The Travelers Indemnity Company, St. Paul Fire and Marine Insurance Company, Northfield Insurance Company, and U.S. Fidelity and Guaranty Company (the "Moving Insurers") hereby move to dismiss the Amended Complaint in its entirety, or, in the alternative, move for a more definite statement. As grounds for this Motion, the Moving Insurers state as follows:

The Amended Complaint should be dismissed for the reasons stated in the Memorandum of Law in Support of the Moving Insurers' Motion to Dismiss the Amended Complaint or for a More Definite Statement and the authorities submitted in support thereof. As shown in the memorandum, due to the lack of the pending litigation or judgments against the Plaintiffs, and the resultant lack of judgments or settlements tendered to the Defendants, the Plaintiffs' claims are unripe, and the Amended Complaint fails to state a claim against Moving Insurers. *See In re Davis*, 2020 WL 3485122, at *1–2 (Bankr. M.D.N.C. June 25, 2020) (dismissing adversary proceeding because issues were unripe); *Sharestates Invs., LLC v. WFG Nat'l Title Ins. Co.*, 2023 WL 8436159, at *8 (D. Md. Dec. 5, 2023) ("[C]ourts applying Maryland law . . . withhold judgment on the scope of the duty to indemnify until the insured is found liable and the basis of

1

any settlement or judgment is determined."); *Webcor Constr., LP v. Zurich Am. Ins. Co.*, 2017 WL 4310763, at *3–4 (N.D. Cal. Sept. 28, 2017) (finding that "plaintiffs' failure to allege facts indicating that [defendant's] duties as an excess insurer were triggered requires dismissal of their claim").

In the alternative, this Court should grant Moving Insurers' Motion for a More Definite Statement because the Amended Complaint lacks a plain statement identifying what relief Plaintiffs are seeking from each Defendant. *See In re Joe Gibson's Auto World, Inc.*, 2010 WL 5136154, at *2 (D.S.C. Aug. 3, 2010) (granting motion for a more definite statement where the allegations were not "detailed and informative enough to enable the defendant to respond").

WHEREFORE, the Moving Insurers respectfully request that this Court issue an Order dismissing the Amended Complaint in its entirety and such other and further relief that the Court deems just and proper.

Respectfully submitted this 14th day of May, 2024.

| | |
|---|---|
| James P. Ruggeri (Fed. Bar No. 21926)<br>Joshua D. Weinberg (*pro hac vice* forthcoming)<br>Annette P. Rolain (*pro hac vice* forthcoming)<br>**RUGGERI PARKS WEINBERG LLP**<br>1875 K Street NW, Suite 600<br>Washington, DC 20006<br>Telephone: 202-984-1400<br>jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com<br><br>Philip D. Anker (*pro hac vice* forthcoming)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8890<br>philip.anker@wilmerhale.com<br><br>*Counsel to Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Twin City Fire Insurance Company*<br><br>-and-<br><br>Matthew A. Hoffman (admitted *pro hac vice*)<br>Ryan S. Appleby (admitted *pro hac vice*)<br>Isabella R. Sayyah (admitted *pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-229-7584<br>mhoffman@gibsondunn.com<br>rappleby@gibsondunn.com<br>isayyah@gibsondunn.com<br><br>Michael A. Rosenthal (admitted *pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-351-3969<br>mrosenthal@gibsondunn.com | */s/ David K. Roberts*<br>David K. Roberts (D. Md. Bar No. 18776)<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street NW<br>Washington, DC 20006<br>droberts2@omm.com<br><br>Tancred Schiavoni (admitted *pro hoc vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower, 7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>tschiavoni@omm.com<br><br>*Counsel to Federal Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, and Westchester Fire Insurance Company*<br><br>-and-<br><br>Kevin A. Foreman (Fed. Bar. No. 21688)<br>**CARLTON FIELDS, P.A.**<br>1025 Thomas Jefferson Street, NW<br>Suite 400 West<br>Washington, DC 20007<br>Telephone: (202) 965-8100<br>kforeman@carltonfields.com<br><br>Robert W. DiUbaldo (admitted *pro hac vice*)<br>Nora A. Valenza-Frost (admitted *pro hac vice*)<br>Alex B. Silverman (admitted *pro hac vice*)<br>**CARLTON FIELDS, P.A.**<br>405 Lexington Avenue, 36th Floor<br>New York, New York 10174<br>Telephone: (212) 785-2577<br>rdiubaldo@carltonfields.com<br>nvalenza-frost@carltonfields.com<br>asilverman@carltonfields.com<br><br>*Counsel to National Union Fire Insurance Company of Pittsburgh, PA, and New Hampshire Insurance Company*<br><br>-and- |

3

*Counsel to National Union Fire Insurance Company of Pittsburgh, PA, and New Hampshire Insurance Company*

-and-

Monique Almy (Fed. Bar No. 04479)
Miranda H. Turner (admitted *pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
malmy@crowell.com
mturner@crowell.com

Mark D. Plevin (admitted *pro hac vice*)
**CROWELL & MORING LLP**
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 986-2800
mplevin@crowell.com

*Counsel to American Casualty Company of Reading, Pennsylvania*

Matthew Nelson (D. Md. Bar No. 19352)
Margaret F. Catalano (*pro hac vice* forthcoming)
Jillian G. Dennehy (admitted *pro hac vice*)
**KENNEDYS CMK LLP**
222 Delaware Avenue, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 308-6647
matthew.nelson@kennedyslaw.com
meg.catalano@kennedyslaw.com
jillian.dennehy@kennedyslaw.com

*Counsel to United States Fire Insurance Company*

-and-

Sam J. Alberts (D. Md. Bar No. 22745)
**DENTONS US LLP**
1900 K. Street, NW
Washington, D.C. 20006
Telephone: (202) 408-7004
sam.alberts@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
John Grossbart (admitted *pro hac vice*)
Keith Moskowitz (admitted *pro hac vice*)
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: (312) 876-8000
patrick.maxcy@dentons.com
john.grossbart@dentons.com
keith.moskowitz@dentons.com

*Counsel to Travelers Casualty and Surety Company formerly known as The Aetna Casualty & Surety Company, The Travelers Indemnity Company, St. Paul Fire and Marine Insurance Company, Northfield Insurance Company, and U.S. Fidelity and Guaranty Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May 2024, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF e-filing system on all parties of record:

Sam Alberts
sam.alberts@dentons.com

Monique D. Almy
malmy@crowell.com

G. Calvin Awkward, III
cawkward@goldbergsegalla.com

Adam Ross Durst
adurst@goldbergsegalla.com

Justin Philip Fasano
jfasano@mhlawyers.com

John Grossbart
john.grossbart@dentons.com

Jordan Hess
jhess@crowell.com

Catherine Keller Hopkin
chopkin@yvslaw.com

Patrick C. Maxcy
patrick.maxcy@dentons.com

M. Keith Moskowitz
keith.moskowitz@dentons.com

Mark D. Plevin
mplevin@crowell.com

Jonathan Schapp, I
jschapp@goldbergsegalla.com

Miranda H. Turner
mturner@crowell.com

*/s/ David K. Roberts*
David K. Roberts