**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| *In re:* <br><br> Roman Catholic Archbishop of Baltimore, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, et al. <br> *Plaintiffs* <br><br> v. <br><br> American Casualty Company of Reading, Pennsylvania, et al. <br> *Defendants.* | Adv. Pro. No. 24-072 |

**STIPULATION**

**WHEREAS**, this Stipulation is entered into by the Plaintiffs and Defendants in the above-captioned adversary proceeding and the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (collectively, the "Parties") for the purpose of reaching resolution on the Committee's pending *Motion to Intervene in Adversary Proceeding No. 24-00072* (Adv. Dkt. No. 76) (the "Motion").

**WHEREAS**, the Committee filed its Motion seeking to intervene in the Adversary Proceeding on May 28, 2024, attaching a proposed form of order (Adv. Dkt. Nos. 76, 76-1).

**WHEREAS**, Defendants Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") objected to the Committee's Motion on June 11, 2024 (Adv. Dkt. No. 98).

**WHEREAS**, Defendants Federal Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Westchester Fire Insurance Company, Employers Insurance Company of Wausau and United States Fire Insurance Company filed objections on June 11, 2024 and June 14, 2024 (Adv. Dkt. Nos. 99, 100, and 116).

**WHEREAS**, the Committee filed its reply in support of its Motion on June 27, 2024 (Adv. Dkt. Nos. 149).

**WHEREAS,** the Committee on the one hand, and Defendants on the other, continue to disagree about whether and to what extent the Committee is permitted to intervene in the Adversary Proceeding;

**WHEREAS**, the Parties agree that, as part of the agreed order (the "Mediation Order") resolving the *Joint Request for Mediation* Docket Number and the *Joint Request for Mediation* filed in the above-captioned chapter 11 bankruptcy case at Docket Number 564, Plaintiffs have agreed to dismiss the Adversary Proceeding, without prejudice, as further set forth in Paragraphs 18 through 24 of the Mediation Order;

**AND WHEREAS**, the parties, by their undersigned attorneys, hereby agree and stipulate as follows:

1. To the extent that Plaintiffs file a "New Adversary Proceeding," as that term is defined in Mediation Order at Paragraph 20, the Parties agree that the Committee will be permitted to intervene in the "New Adversary Proceeding" filed by Plaintiffs, pursuant to 11 U.S.C. §1109(b) and Fed. R. Civ. P. 24(a)(2), which intervention shall be subject to the following limitations:

    a. The Committee shall neither file nor be required to respond to any complaint, cross-claims, or counterclaims.

  b. The Committee shall neither propound nor be required to respond to discovery, but shall be served with all documents filed in the "New Adversary Proceeding," subject to privileges and protections held by and between Plaintiffs and Defendants, or other objections to the Committee's receipt of discovery, which assertions or objections, if disputed, shall be resolved by the Court.

  c. Nothing in this Stipulation shall limit any Party from seeking further relief from the Court regarding the scope of the Committee's intervention in the New Adversary Proceeding.

2. This Stipulation constitutes a final and binding determination of the agreement of the Parties with respect to the statements set forth herein. This Stipulation, however, does not bind the Parties in connection with any other claim or litigation and shall not in any way limit or prejudice the Parties' respective rights, if any, or arguments that may be raised, in this Litigation,[1] the debtor's chapter 11 proceeding, or any other claim or litigation.

3. Notwithstanding the foregoing, the Defendants have not and do not consent to the exercise of jurisdiction by this Court and shall not, by their agreement to this Stipulation, be deemed to consent to the exercise of jurisdiction of this Court or otherwise waive any rights, argument, or otherwise available relief, including the right to withdraw the reference for any "New Adversary Proceeding."

       [*signatures begin on following page*]

---

[1] "Litigation" shall be defined to include the cases captioned *In re Roman Catholic Archbishop of Baltimore*, Case No. 23-16969 and *Roman Catholic Archbishop of Baltimore v. American Casualty Company of Reading, Pennsylvania*, Adv. P. No. 24-072 or any "New Adversary Proceeding" as further defined in the Mediation Order.

*/s/ Catherine Keller Hopkin*
Catherine Keller Hopkin, 28257
Corinne Donohue Adams, 18768
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Local Counsel and Conflicts Counsel for Debtor


*/s/ James R. Murray*
James R. Murray (pro hac vice)
James S. Carter (pro hac vice)
Blank Rome LLP
1825 Eye Street NW
Washington, D.C.  20006
(202) 420-3409
jim.murray@blankrome.com
james.carter@blankrome.com

Jared Zola (pro hac vice)
Robyn L. Michaelson (pro hac vice)
Blank Rome LLP
1271 Avenue of the Americas
New York, New York  10020
 (212) 885-5209
jared.zola@blankrome.com
robyn.michaelson@blankrome.com

Special Insurance Counsel for the Roman Catholic Archbishop of Baltimore


*/s/ J. Ford Elsaesser*
J. Ford Elsaesser (admitted pro hac vice)
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Suite 102
Coeur d'Alene, Idaho  83815
(208) 667-2900
firm@eaidaho.com

Attorneys for the Parishes


*/s/ Edwin H. Caldie*
Edwin H. Caldie
Andrew Glasnovich
Robert T. Kugler
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402
(612) 335-1500
ed.caldie@stinson.com
drew.glasnovich@stinson.com

*/s/ Monique Desiree Almy*
Monique Desiree Almy
Jordan Hess
Crowell & Moring
1001 Pennsylvania Avenue NW, 10th Floor
Washington, D.C.  20004-2595
(202) 508 8749
malmy@crowell.com/jhess@crowell.com

Mark D. Plevin
Plevin & Turner LLP
580 California Street, 12th Floor
San Francisco, California  94104
(202) 580-6640
mplevin@plevinturner.com

Miranda Turner
Plevin & Turner LLP
1701 Pennsylvania Avenue, NW, 2nd Floor
Washington, D.C.  20006
(202) 580-6640
mturner@plevinturner.com

Counsel for Defendants American Casualty Company of Reading, Pennsylvania; The Continental Insurance Company (successor-in-interest to Glens Falls Insurance Company (f/k/a Fidelity-Phenix Insurance Company)


*/s/ G. Calvin Awkward, III*
G. Calvin Awkward, III
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202
(443) 615-7513
cawkward@goldbergsegalla.com

Adam Ross Durst
Jonathan Schapp
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203
(716) 566-5400
adurst@goldbergsegalla.com
jschapp@goldbergsegalla.com

Counsel for Defendant Employers Insurance Company of Wausau


*/s/ Adam P. Haberkorn*
Adam P. Haberkorn
Tancred Schiavoni
O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, New York  10019-6022

| | |
|---|---|
| robert.kugler@stinson.com<br><br>Alan M. Grochal<br>Tydings and Rosenberg<br>1 East Pratt Street, Suite 901<br>Baltimore, Maryland  21202<br>(410) 752-9700<br>agrochal@tydingslaw.com<br><br>Nicole Khalouian<br>Stinson LLP<br>100 Wall Street, Suite 201<br>New York, New York  10005<br>(631) 974-2938<br>nicole.khalouian@stinson.com<br><br>Counsel for the Official Committee of Unsecured Creditors | (212) 326-2000<br>ahaberkorn@omm.com<br>tschiavoni@omm.com<br>Nina Oat<br>David Kendall Roberts<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, D.C.  20006<br>(202) 383-5300<br>droberts2@omm.com<br><br>Counsel for Defendants Federal Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Co.<br><br>/s/ Todd C. Jacobs<br>Todd C. Jacobs<br>Parker, Hudson, Rainer & Dobbs LLP<br>Two North Riverside Plaza, Suite 1850<br>Chicago, Illinois  60606<br>(312) 477-3306<br>tjacobs@phrd.com<br><br>Anthony Kikendall<br>White and Williams, LLP<br>600 Washington Avenue, Suite 303<br>Towson, Maryland  21204<br>(443) -761-6514<br>kikendalla@whiteandwilliams.com<br><br>Robert H. Kline<br>Eric George Korphage<br>White and Williams, LLP<br>600 Washington Avenue, Suite 303<br>Towson, Maryland  21204<br>(443) 761-6500<br>kliner@whiteandwilliams.com<br>korphagee@whiteandwilliams.com<br><br>Siobhain Patricia Minarovich<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, New York  10036<br>(212) 631-4415<br>minarovichs@whiteandwilliams.com<br><br>Matthew Roberts<br>Harris B. Winsberg<br>Parker Hudson Rainer & Dobbs LLP<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia  30308<br>(404) 420-4752<br>mroberts@phrd.com<br>hwinsberg@phrd.com |

        Counsel for Defendants Firemans Fund Insurance Company; The American Insurance Company

        */s/ Janet M. Nesse*
        Janet M. Nesse
        Justin Philip Fasano
        McNamee Hosea, P.A.
        6404 Ivy Lane, Suite 820
        Greenbelt, Maryland  22070
        (301) 441-2420
        jnesse@mhlawyers.com
        jfasano@mhlawyers.com

        Ezhan Syed Hasan
        Gary Paul Seligman
        Wiley Rein LLP
        2050 M Street, NW
        Washington, D.C.  20036
        (202) 719-4728
        ahasan@wiley.law
        gseligman@wiley.law

        Counsel for Defendant General Star Indemnity Company

        */s/ Ryan S. Appleby*
        Ryan S. Appleby
        Matthew Allan Hoffman
        Isabella Sayyah
        Gibson, Dunn & Crutcher LLP
        333 South Grand Avenue, 54th Floor
        Los Angeles, California  90071-3197
        (213) 229-7353
        rappleby@gibsondunn.com
        mhoffman@gibsondunn.com
        isayyah@gibsondunn.com

        Kevin Foreman
        Carlton Fields, P.A.
        1025 Thomas Jefferson Street, NW
        Suite 400 West
        Washington, D.C.  20007
        (202) 965-8174
        kforeman@carltonfields.com

        Michael Rosenthal
        Gibson Dunn & Crutcher LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-4000
        mrosenthal@gibsondunn.com

Natalie L. Soloperto
Gibson, Dunn & Crutcher
1050 Connecticut Avenue NW
Washington, D.C. 20036-5306
(202) 924-4521
nsoloperto@gibsondunn.com

Nora Anne Valenza-Frost
Carlton Fields, PA
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9631
nvalenza-frost@carltonfields.com

Counsel for Defendants National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance Company


*/s/ Sam Alberts*
Sam Alberts
Dentons US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, D.C. 20005
(202) 08-7004
sam.alberts@dentons.com

John Grossbart
Patrick C. Maxcy
M. Keith Moskowitz
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
(312) 876-8095
john.grossbart@dentons.com
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Counsel for Defendants Northfield Insurance Company, St. Paul Fire & Marine Insurance Company; Travelers Indemnity Company; United States Fidelity and Guaranty Company


*/s/ Philip D. Anker*
Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8890
philip.anker@wilmerhale.com

7

Annette Rolain
James Pio Ruggeri
Joshua D. Weinberg
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006
(202) 984-1400
arolain@ruggerilaw.com
jruggeri@ruggerilaw.com
jweinberg@ruggerilaw.com

Counsel for Defendants Hartford Accident & Indemnity Company; Hartford Casualty Insurance Company; Travelers Casualty and Surety Company (successor-in-interest to Aetna Casualty and Surety Company); Twin City Fire Insurance Company


*/s/ Jillian Dennehy*
Jillian Dennehy
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey  07920
(908) 605-2974
jillian.dennehy@kennedyslaw.com

Matthew Nelson
Kennedys CMK LLP
222 Delaware Avenue, Suite 710
Wilmington, Delaware  19801
(302) 308-6648
matthew.nelson@kennedyslaw.com

Counsel for Defendant United States Fire Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2024, the Stipulation was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Stipulation to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

/s/ *Catherine Keller Hopkin*
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Sam Alberts, Esquire
(sam.alberts@dentons.com)
Dentons US LLP
1900 K Street NW
Washington, D.C.  20006
Counsel for Travelers Casualty and St. Paul Fire and Marine Insurance Company

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Justin P. Fasano, Esquire
(jfasano@mhlawyers.com)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
Counsel for General Star Indemnity Company

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Local Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert T. Kugler, Esquire
(robert.kugler@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

David Kendall Roberts, Esquire
(droberts2@omm.com)
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C.  20006
Counsel for Federal Insurance Company

Tancred V. Schiavoni, Esquire
(tschiavoni@omm.com)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036
Counsel for Federal Insurance Company

Monique D. Almy, Esquire
(malmy@crowell.com)
Crowell & Moring, LLP
1001 Pennsylvania Ave NW, 10th Floor
Washington, D.C.  20004
Counsel for American Casualty Company

Jillian G. Dennehy, Esquire
(jillian.dennehy@kennedyslaw.com)
Counsel for United States Fire Insurance
Kennedys CMK LLP
120 Mountain View Boulevard
P. O. Box 650
Basking Ridge, New Jersey  07920

Kevin Foreman, Esquire
(kforeman@carltonfields.com)
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW,
Suite 400 West
Washington, D.C.  20007
Counsel for New Hampshire Insurance Co.

Adam P. Haberkorn, Esquire
(ahaberkorn@omm.com)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Counsel for Federal Insurance Company

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Matthew Nelson, Esquire
(matthew.nelson@kennedyslaw.com)
Counsel for United States Fire Insurance
Kennedys CMK LLP
222 Delaware Avenue, Suite 710
Wilmington, Delaware  19801

James Pio Ruggeri, Esquire
(jruggeri@ruggerilaw.com)
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006
Counsel for Hartford Accident and Indemnity Company

Gary P. Seligman, Esquire
(gseligman@wiley.law)
Counsel for General Star Indemnity
Wiley Rein LLP
2050 M Street NW
Washington, D.C.  20036

G. Calvin Awkward, III, Esquire
(cawkward@goldbergsegalla.com)
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202
Counsel for Employers Insurance Company of Wausau

Adam Ross Durst, Esquire
(adurst@goldbergsegalla.com)
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203
Counsel for Employers Insurance Company of Wausau

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Ezhan Syed Hasan, Esquire
(ahasan@wiley.law)
Counsel for General Star Indemnity
Wiley Rein LLP
2050 M Street NW
Washington, D.C.  20036

Eric G. Korphage, Esquire
(korphagee@whiteandwilliams.com)
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204
Counsel for Fireman's Fund Insurance Company

Mark D. Plevin, Esquire
(mplevin@plevinturner.com)
Plevin & Turner LLP
580 California Street, 12th Floor
San Francisco, California  94105
Counsel for American Casualty Company of Reading, Pennsylvania

Jonathan Schapp, Esquire
(jschapp@goldbergsegalla.com)
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203
Counsel for Employers Insurance Company of Wausau

Miranda H. Turner, Esquire
(mturner@plevinturner.com)
Plevin & Turner LLP
1701 Pennsylvania Avenue NW, 2nd Floor
Washington, D.C.  20006
Counsel for American Casualty Company of Reading, Pennsylvania

4883-2821-3716, v. 2