## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ROMAN CATHOLIC ARCHBISHOP     *
OF BALTIMORE ET AL.,

                            *

      Plaintiffs,

                            *

v.

                            *        Civil No. 24-1783-BAH

AMERICAN CASUALTY CO. OF
READING, PENNSYLVANIA, ET AL.,    *

      Defendants.                   *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

Defendants Fireman's Fund Insurance Company and The American Insurance Company (collectively, the "FFIC Insurers") filed a notice of dismissal of the underlying adversary proceeding (D. Md. Adv. P. No. 24-00072-MMH). ECF 28. Pending before the Court is the FFIC Insurers' motion to withdraw the reference of the adversary proceeding to the Bankruptcy Court. ECF 1. Also pending is a second motion to withdraw the reference filed by nineteen other defendants.[1] ECF 7. On September 5, 2024, the United States Bankruptcy Court for the District of Maryland ordered dismissal of the case without prejudice and directed the close of the

---

[1] These include Defendants (1) Federal Insurance Company, (2) Indemnity Insurance Company of North America, (3) Insurance Company of North America, (4) Westchester Fire Insurance Company, (5) Hartford Accident and Indemnity Company, (6) Hartford Casualty Insurance Company, (7) Hartford Fire Insurance Company, (8) Twin City Fire Insurance Company, (9) Travelers Casualty and Surety Company formerly known as The Aetna Casualty & Surety Company, (10) The Travelers Indemnity Company, (11) St. Paul Fire and Marine Insurance Company, (12) Northfield Insurance Company, (13) U.S. Fidelity and Guaranty Company, (14) National Union Fire Insurance Company of Pittsburgh, PA, (15) New Hampshire Insurance Company, (16) American Casualty Company of Reading, PA, (17) The Continental Insurance Company as successor-in-interest to Glens Falls Insurance Company f/k/a Fidelity-Phoenix Insurance Company, (18) General Star Indemnity Company, and (19) Employers Insurance Company of Wausau.

proceeding on September 19, 2024.  ECF 29.  With the dismissal of the underlying adversary proceeding, the motions to withdraw the reference are now moot.  Accordingly, it is this 9th day of September 2024, **ORDERED** that:

(1) The motions to withdraw the reference, ECFs 1 and 7, are **DENIED AS MOOT**; and

(2) The Clerk is directed to CLOSE this case.

_____/s/_____
Brendan A. Hurson
United States District Judge